**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2064**
_____

TIFFANY SNIDER-JEFFERSON,

                    Plaintiff – Appellant,

          v.

AMIGO MOBILITY INTERNATIONAL, INC., trading as Amigo Mobility, and/or Amigo,

                    Defendant – Appellee,

          and

WAL-MART STORES EAST, LP, trading as Wal-Mart, Inc., and/or Wal-Mart,

                    Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Lawrence R. Leonard, Magistrate Judge.  (2:15-cv-00406-LRL)

_____

Submitted:  February 17, 2017      Decided:  February 24, 2017

_____

Before TRAXLER, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tiffany Snider-Jefferson, Appellant Pro Se.  Bret Mitchell Saunders, VANDEVENTER BLACK, LLP, Norfolk, Virginia; James

Willard Walker, VANDEVENTER BLACK, LLP, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiffany Snider-Jefferson appeals the district court's order granting defendant's motion for summary judgment and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Snider-Jefferson v. Amigo Mobility Int'l, Inc., No. 2:15-cv-00406-LRL (E.D. Va. Aug. 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3